PER CURIAM.
Affirmed. City of Canton v. Harris, 489 U.S. 378, 109 S.Ct. 1197, 103 L.Ed.2d 412 (1989); Von Stein v. Brescher, 904 F.2d 572, 578 (11th Cir.1990); Metropolitan Life Ins. Co. v. McCarson, 467 So.2d- 277 (Fla.1985); Shriner v. State, 386 So.2d 525 (Fla.1980), cert. denied, 449 U.S. 1103, 101 S.Ct. 899, 66 L.Ed.2d 829 (1981); Pokorny v. First Fed. Sav. & Loan Ass’n, 382 So.2d 678 (Fla.1980); *218 Kohn v. City of Miami Beach, 611 So.2d 538 (Fla. 3d DCA 1992); American Seafood, Inc. v. Clawson, 598 So.2d 273 (Fla. 3d DCA), review dismissed, 606 So.2d 1164 (Fla.1992); Franz Tractor Co. v. J.I. Case Co., 566 So.2d 524 (Fla. 2d DCA 1990); Craven v. Metropolitan Dade County, 545 So.2d 932, 933 (Fla. 3d DCA 1989).